IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1176-DME-KMT

DARIS K. ZAVERTNIK,

    Plaintiff,

v.

T. MISEL, CHARLES OLIN, LARRY HOFFMAN,

    Defendants.

**ORDER**

    The Clerk of the Court is directed to secure pro bono counsel for the Plaintiff in this case.

    Dated: July 17, 2008

                                        BY THE COURT:

                                        *s/ David M. Ebel*

                                        UNITED STATES CIRCUIT JUDGE