IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1176-DME-KMT

DARIS K. ZAVERTNIK,

    Plaintiff,

v.

T. MISEL, CHARLES OLIN, LARRY HOFFMAN,

    Defendants.

## ORDER

The Court has been unable to locate voluntary counsel for this Plaintiff. Thus, it is ORDERED that this case shall proceed as scheduled with the Plaintiff acting pro se. This matter is set for a Final Pretrial Conference on May 14, 2009.

    Dated: November 12, 2008

                                    BY THE COURT:

                                    *s/ David M. Ebel*

                                    UNITED STATES CIRCUIT JUDGE