IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01176–DME–KMT

DARIS K. ZAVERTNIK,

    Plaintiff,

v.

T. MISEL,
CHARLES OLIN, and
LARRY HOFFMAN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Vacate Final Pre-Trial Conference set for July 14, 2009 in light of Settlement" (#76, filed July 2, 2009) is GRANTED. The July 14, 2009 Final Pretrial Conference is VACATED. The parties shall submit their stipulated motion to dismiss no later than July 31, 2009.

Dated: July 7, 2009