IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1176-DME-KMT

DARIS K. ZAVERTNIK,

    Plaintiff,

v.

T. MISEL, CHARLES OLIN, and LARRY HOFFMAN,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER COMES BEFORE the Court on the parties' Joint Stipulated Motion to Dismiss With Prejudice. The Court has considered this subject motion and believes itself fully advised.

IT IS ORDERED THAT the stipulated motion of the parties is granted and it is further ordered that this civil action is dismissed with prejudice. Each party shall pay their own costs and attorneys' fees.

Dated: July 31, 2009

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE

1